# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COURTNEY ANGELIQUE GRIFFIN

VERSUS

VERNAL LEE GRIFFIN

NO. 2025 CW 0762

**NOVEMBER 3, 2025**

---

In Re:    Courtney Angelique Griffin, applying for supervisory
writs, Family Court in and for the Parish of East Baton
Rouge, No. 234216.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court manifestly erred in granting the defendant's oral motion for involuntary dismissal of the claims of the plaintiff, Courtney Angelique Griffin, for sole custody pursuant to La. R.S. 9:364 and the Post-Separation Family Violence Relief Act ("the PSFVRA"). Based on the testimony and evidence the plaintiff offered at the June 13, 2025 hearing, we find she presented sufficient evidence in her case-in-chief to establish that the defendant, Vernal Lee Griffin, has "a history of perpetrating family violence" triggering the PSFVRA's presumption against awarding him sole custody or joint custody. See La. R.S. 9:364. Accordingly, the trial court's June 13, 2025 ruling, granting the involuntary dismissal, is reversed. The case is remanded to the trial court for further proceedings to allow the defendant, Vernal Lee Griffin, the opportunity to present countervailing evidence and to complete the June 13, 2025 hearing of this matter.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT